UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUAN JERONIMO-PABLO,

    Petitioner,

v.

A. NEIL CLARK, et al.,

    Respondents.

CASE NO. C06-1606 RSL

ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS AND DENYING MOTION FOR LOWER BOND

The Court, having reviewed the Petition for Writ of Habeas Corpus, the government's motion to dismiss, petitioner's response, the government's reply and supplemental submission, the administrative record, the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, and the objections thereto, petitioner's "motion for lower bond and release consideration," the government's opposition to the motion, and the remaining record, finds and orders as follows:

(1)    The Court adopts the Report and Recommendation;

(2)    The Petition for Writ of Habeas Corpus (Dkt. #6) is DENIED;

(3)    Respondents' Motion to Dismiss (Dkt. #17) is GRANTED;

(4)    Petitioner's Motion for Lower Bond and Release Consideration (Dkt. #27) is DENIED;[1]

---

[1] Even if petitioner were entitled to an additional post-custody review, which he is not as set forth in the Report and Recommendation, the Court lacks authority to order lower bond or his release. The authority to make those determinations rests solely with United States Immigration and Customs Enforcement ("ICE"). See, e.g., INS v. Ventura, 537 U.S. 12, 17 (2002); INA § 241(a)(6).

ORDER – 1

(5)  The Clerk is directed to send copies of this Order to counsel for both parties, and to Judge Monica J. Benton.

DATED this 29th day of May, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER – 2